UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRASER ROTCHFORD,

        Plaintiff,

v.

DISCOVERY BEHAVIORAL HEALTH,

        Defendants.

Case No. C19-360 RJB-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge and the remaining record, and no objections having been filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 11)

(2)     Plaintiff's Complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983; and

(3)     Plaintiff's Complaint, and therefore this action, is hereby DISMISSED without prejudice.

Dated this 8th day of July, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1